UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO. 11-CV-5191(GRD)

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

  Plaintiff,

vs.

ANTHONY J. KLATCH II; AMERICAN
PRIVATE EQUITY, LLC; ARM CAPITAL
MANAGEMENT, LLC; TASK CAPITAL
MANAGEMENT, LLC; VIGILANT
CAPITAL MANAGEMENT, LLC,

  Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 05 2011

## RECEIVER'S MOTION FOR INTERIM FEES AND COSTS

RECEIVER, MARK V. SILVERIO, (hereinafter Receiver) respectfully requests the Court, pursuant to the Order Granting Plaintiff's Ex Parte Emergency Motion for Statutory Restraining Order and other relief, for an order allowing him interim fees and costs, and in support thereof, states:

  1. The Receiver was appointed by the above referenced order of this Court on July 27th, 2011.

  2. Pursuant to paragraph 35 of the order, the Receiver is permitted to seek application for the payment of his fees and costs incurred as the Receiver.

  3. This is the Receiver's first request for fees and costs.

4. The itemization of the time and nature of the services rendered and costs incurred by the Receiver are in the Affidavit of Fees and Costs attached hereto as Exhibits "A and B". There are several hours included in the bill for time for the attorneys for the Receiver.

5. The CFTC consents to the motion and the amount of the fees and costs requested by the Receiver.

WHEREFORE, the Receiver requests the Court enter an order and stated below allowing for the payment of its fees and costs from Receivership funds.

DATED this _3_ day of October, 2011.

> MARK V. SILVERIO, AS RECEIVER
> 255 Eighth Street South
> Naples, Florida 34102-6123
> Telephone: (239)649-1001
> Facsimile: (239)649-1972
>
> _____
> Mark V. Silverio, as Receiver
> Florida Bar No. 150430

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that, on this _3_ day of October, 2011, the foregoing document is being served this day on counsel of record identified on the attached Service List by email and mail.

_____
Mark V. Silverio, Receiver

IT IS SO ORDERED that this above motion is granted.

_____
JUDGE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

OCT 05 2011

HON. GEORGE B. DANIELS

**CASE NO. 11-CV-5191(GRD)**

## ATTORNEY SERVICE LIST

Andrew Ridenour, Esq.
Brian M. Walsh, Esq.
Kenneth W. McCracken, Esq.
Richard Glaser, Esq.
U.S. Commodity Futures Trading Commission
1155 21 Street, NW
Washington, DC 20581

Robert Knuts, Esq.
Park & Jensen LLP
630 Third Avenue
Seventh Floor
New York, New York 10017