UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO. 11-CV-5191(GRD)

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

    Plaintiff,

vs.

ANTHONY J. KLATCH II; AMERICAN
PRIVATE EQUITY, LLC; ARM CAPITAL
MANAGEMENT, LLC; TASK CAPITAL
MANAGEMENT, LLC; VIGILANT
CAPITAL MANAGEMENT, LLC,

    Defendants.



## ORDER APPROVING RECEIVER'S FOURTH MOTION FOR INTERIM FEES AND COSTS

THIS CAUSE came before the Court on Receiver's Fourth Motion for Interim Fees and Costs, and having considered same and hearing no objections, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Receiver's Fourth Motion for Interim Fees and Costs is granted.

DATED this _____ day of April, 2014.

APR 14 2014

_____
HONORABLE GEORGE B. DANIELS
U.S. DISTRICT COURT JUDGE

Copies to:
Mark V. Silverio, Esq.
Silverio & Hall, P.A.
255 8th Street South
Naples, Florida 34102

CASE NO. 11-CV-5191(GRD)

Andrew Ridenour, Esq.
Brian M. Walsh, Esq.
Kenneth W. McCracken, Esq.
Richard Glaser, Esq.
U.S. Commodity Futures Trading Commission
1155 21 Street, NW
Washington, DC 20581

Robert Knuts, Esq., Attorney for Anthony Klatch, II
Park & Jensen LLP
630 Third Avenue
Seventh Floor
New York, New York 10017

Federal Prison Camp
Anthony J. Klatch, II
55130-018
PMB 2000
Talladega, AL 35160

Alex Lankford, Esq.
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602